IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CROW FAMILY, INC., CROW HOLDINGS CAPITAL PARTNERS, L.L.C., ANATOLE PARTNERS III, L.L.C., and WINDSOR COURT HOTEL PARTNERS, L.L.C., <br><br>*Plaintiffs*, <br><br>v. <br><br>ALLIED WORLD ASSURANCE COMPANY, LTD., CONTINENTAL CASUALTY COMPANY, ILLINOIS UNION INSURANCE COMPANY, and LLOYD'S UNDERWRITERS – BRIT, <br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 3:24-CV-2490-B |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALLIED WORLD ASSURANCE COMPANY, LTD.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Crow Family, Inc., Crow Holdings Capital Partners, L.L.C., Anatole Partners III, L.L.C., and Windsor Court Hotel Partners, L.L.C. ("Plaintiffs") hereby dismiss their claims against Defendant Allied World Assurance Company, Ltd. ("AWAC") without prejudice. AWAC has not filed an answer or moved for summary judgment. This Notice of Dismissal only disposes of claims against, and voluntarily dismisses without prejudice, AWAC, but not any of the other Defendants. For the avoidance of doubt, Plaintiffs continue to assert the claims in the Original Petition against the remaining Defendants Continental Casualty Company, Illinois Union Insurance Company, and Lloyd's Underwriters – BRIT.

Dated: November 22, 2024						Respectfully submitted,

/s/ *Ernest Martin, Jr.*
State Bar No. 13063300
ernest.martin@haynesboone.com
Emily Buchanan
State Bar No. 24101568
emily.buchanan@haynesboone.com
Natalie DuBose
State Bar No. 24077481
natalie.dubose@haynesboone.com
S. Benjamin Schindler
State Bar No. 24121820
s.benjamin.schindler@haynesboone.com
HAYNES AND BOONE, L.L.P.
2801 N. Harwood St., Suite 2300
Dallas, Texas 75201
Telephone:	(214) 651-5000
Telecopier:	(214) 651-5940

***Attorneys for Plaintiffs Crow Family, Inc., Crow Holdings Capital Partners, L.L.C., Anatole Partners III, L.L.C., and Windsor Court Hotel Partners, L.L.C.***

## CERTIFICATE OF SERVICE

I certify that on November 22, 2024, a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF filing system, which effected service on all counsel of record.

I further certify that on November 22, 2024, a true and correct copy of the foregoing document was emailed to Deanna Manzo of Mound Cotton Wollan & Greengrass LLP (dmanzo@moundcotton.com), counsel for Defendant Allied World Assurance Company, Ltd. but who has not appeared in this case.

                                                                  /s/ *S. Benjamin Schindler*
                                                                  S. Benjamin Schindler