UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CROW FAMILY, INC.; CROW HOLDINGS CAPITAL PARTNERS, L.L.C; ANATOLE PARTNERS III, L.L.C.; and WINDSOR COURT HOTEL PARTNERS, L.L.C; | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-2490-B |
| CONTINENTAL CASUALTY COMPANY; ILLINOIS UNION INSURANCE COMPANY; and LLYOD'S UNDERWRITERS – BRIT, | § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On May 12, 2025, this Court **GRANTED** Defendants' Motion to Dismiss Plaintiffs' Complaint and **DISMISSED WITH PREJUDICE** Plaintiffs' Complaint. Doc. 19, Mem. Op. & Order. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiffs take nothing. This is a **FINAL ORDER AND JUDGMENT** that disposes of all parties and all remaining claims and controversies in the above-captioned case.

SO ORDERED.

SIGNED: May 12, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE